CLOSED

# U.S. District Court [LIVE]
## Western District of Texas (San Antonio)
### CRIMINAL DOCKET FOR CASE #: 5:17-cr-00363-DAE-1

Case title: USA v. Smith                          Date Filed: 05/04/2017

Assigned to: Judge David A. Ezra

**Defendant (1)**

**Roy Wilson Smith**                represented by    **Marina Thais Douenat**
                                                     Office of the Federal Public Defender
                                                     727 E. Cesar E. Chavez Blvd.
                                                     San Antonio, TX 78206
                                                     210-472-6700
                                                     Email: marina_douenat@fd.org
                                                     *TERMINATED: 08/16/2017*
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Designation: Public Defender or*
                                                     *Community Defender Appointment*

                                                     **Duty Pub. Defender-San Antonio**
                                                     Federal Public Defender
                                                     San Antonio Division
                                                     727 E. Cesar E. Chavez Blvd.
                                                     Suite B207
                                                     San Antonio, TX 78206
                                                     (210) 472-6700
                                                     Fax: 210/472-4454
                                                     Email: janie_craig@fd.org
                                                     *TERMINATED: 05/11/2017*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Designation: Public Defender or*
                                                     *Community Defender Appointment*

**Pending Counts**                                   **Disposition**

21:846=CP.F -CONSPIRACY TO                           Six (6) months imprisonment without
POSSESS CONTROLLED                                   credit for time previously served on
SUBSTANCE; Conspiracy to                             supervision; forty-eight (48) months
Distribute and Possess with Intent to                supervised release. 60 months
Distribute Methamphetamine                           imprisonment, 5 years supervised
(1)                                                  release, $100 special assessment

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **USA** | represented by | **Erica Benites Giese - AUSA** |
|---|---|---|

U.S. Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, TX 78216
210-384-7000
Email: monica.harris@usdoj.gov
*TERMINATED: 05/12/2017*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael R. Hardy**
Assistant United States Attorney
601 NW Loop 410
Suite 600
San Antonio, TX 78216-5512
(210) 384-7150
Fax: 210/384-7135
Email: mike.hardy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/04/2017 | 1 | TRANSFER OF JURISDICTION as to Roy Wilson Smith. Received certified copies of indictment, judgment and docket sheet from ED/VA, Norfolk Division (mgr) (Entered: 05/05/2017) |
| 05/05/2017 | 2 | Probation Warrant Issued by Judge Mark S. Davis as to Roy Wilson Smith. (mgr) (Entered: 05/05/2017) |

| 05/05/2017 | 3 | Probation Form 12 to revoke supervised release as to Roy Wilson Smith (1) Count 1 Signed by Judge Mark S. Davis on 04/19/2017, ED/VA, Norfolk Division (mgr) (Entered: 05/08/2017) |
| 05/05/2017 | | ORDER FOR ISSUANCE OF Probation Warrant found in document 3 as to Roy Wilson Smith. Signed by Judge Mark S. Davis . (mgr) Modified on 5/8/2017, to edit text (mgr). (Entered: 05/08/2017) |
| 05/10/2017 | | Arrest of Roy Wilson Smith. (rg) (Entered: 05/10/2017) |
| 05/10/2017 | 4 | Minute Entry for proceedings held before Judge Henry J. Bempord:Initial Appearance on Revocation Proceedings as to Roy Wilson Smith held on 5/10/2017 (Minute entry documents are not available electronically.) (rf) (Entered: 05/11/2017) |
| 05/10/2017 | 5 | CJA 23 Financial Affidavit by Roy Wilson Smith (SEALED pursuant to E-Government Act of 2002). (rf) (Entered: 05/11/2017) |
| 05/10/2017 | 6 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Roy Wilson Smith; Duty Pub. Defender-San Antonio for Roy Wilson Smith appointed.. Signed by Judge Henry J. Bemporad. (rf) (Entered: 05/11/2017) |
| 05/10/2017 | 7 | ORDER as to Roy Wilson Smith, ( Preliminary Revocation Hearing set for 5/23/2017 09:30 AM before Judge Henry J. Bemporad,). Signed by Judge Henry J. Bemporad. (rf) (Entered: 05/11/2017) |
| 05/11/2017 | 8 | NOTICE OF ATTORNEY APPEARANCE: Marina Thais Douenat appearing for Roy Wilson Smith . Attorney Marina Thais Douenat added to party Roy Wilson Smith(pty:dft) (Douenat, Marina) (Entered: 05/11/2017) |
| 05/15/2017 | 9 | Waiver of Preliminary Hearing by Roy Wilson Smith (Douenat, Marina) (Entered: 05/15/2017) |
| 06/21/2017 | 10 | ORDER as to Roy Wilson Smith, ( inal Hearing re Revocation of Supervised Release set for 8/18/2017 9:00 AM before Judge David A. Ezra). Signed by Judge David A. Ezra. (rg) (Entered: 06/21/2017) |
| 06/21/2017 | 11 | ORDER as to Roy Wilson Smith, ( Final Hearing re Revocation of Supervised Release set for 7/21/2017 9:00 AM before Judge David A. Ezra,). Signed by Judge David A. Ezra. (mgr) (Entered: 06/21/2017) |
| 06/23/2017 | 12 | MOTION for Revocation of Probation/Supervised Release by USA as to Roy Wilson Smith. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Hardy, Michael) (Entered: 06/23/2017) |
| 07/19/2017 | 13 | REVOCATION DOCUMENTS as to Roy Wilson Smith by Officer Roger Gonzales. Instructions for viewing the report/worksheet are available here. (Document is available only to the attorney of record and AUSA for 14 days. PLEASE PRINT OR SAVE AS SOON AS DOCUMENT IS OPENED.) (Cortez, Katrina) (Entered: 07/19/2017) |
| 07/21/2017 | 14 | Minute Entry for proceedings held before Judge David A. Ezra:Final Revocation Hearing as to Roy Wilson Smith held on 7/21/2017. (Minute entry |

| | | |
|---|---|---|
| | | documents are not available electronically.) (Court Reporter Angela Hailey.) (rg) (Entered: 07/25/2017) |
| 07/21/2017 | | "ORAL" ORDER GRANTING 12 Motion for Revocation of Supervised Release. Supervised Release was revoked as to Roy Wilson Smith (1). Signed by Judge David A. Ezra. (rg) (Entered: 07/25/2017) |
| 08/16/2017 | 15 | Judgment on Probation/Supervised Release as to Roy Wilson Smith. Signed by Judge David A. Ezra. (rg) (Entered: 08/16/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/18/2020 12:12:43 | | | |
| **PACER Login:** | jjones9765:5505632:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 5:17-cr-00363-DAE |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**